## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**ANTWAN GLENN,**                      **CASE NO. 1:12-cv-706**

    Petitioner,                     **Judge Timothy S. Black**
                                     **Magistrate Judge Michael R. Merz**

    -vs-

**WARDEN, Ross Correctional Institution,**

    Respondent.

_____

### JUDGMENT IN A CIVIL CASE
_____

**[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**     **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations (Docs. 17, 21) of the United States Magistrate Judge are **ADOPTED** in their entirety; that the Petitioner's Objections (Doc. 19, 23) are **OVERRULED**; that the Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** with prejudice; that any certificate of appealability under 28 U.S.C. § 2253(c); would be **DENIED**; that any appeal would be objectively frivolous and any request for leave to appeal *in forma pauperis* would be **DENIED**; the case is **TERMINATED** on the docket of this Court.

Date: April 7, 2014                                          **JOHN P. HEHMAN, CLERK**
                                                                               By: s/ M. Rogers
                                                                                           Deputy Clerk